IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LEE GROSSE, | No. C 14-0461 WHA (PR) |
| Plaintiff, | **ORDER AMENDING ORDER OF DISMISSAL** |
| v. | |
| DEPUTY RODY ROSE, | |
| Defendants. | |

The Order of Dismissal dated April 1, 2014, is hereby **AMENDED** as follows: the phrase "and no fee is due," appearing at the end of the first paragraph of the order, is deleted.

**IT IS SO ORDERED.**

Dated: April   7  , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE